# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-01823 RSWL (RZ) | Date | August 21, 2008 |
|---|---|---|---|
| Title | RON LEE v. NORM KRAMER, Executive Director | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Ilene Bernal | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers)
**PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL OR STAY (filed August 18, 2008)**

Respondent completed briefing on his pending dismissal motion on August 5, 2008 with the filing of his Reply brief.

On August 18, however, before the undersigned had prepared a Report And Recommendation as to that dismissal motion, the Court received a motion from Petitioner seeking one of two kinds of relief. He first asks that the Court stay this action. The Court DENIES that request for lack of authority and good cause. What remains is Petitioner's alternative request "for leave to voluntarily dismiss the instant petition." Because Respondent has not yet filed an answer or summary judgment motion, Petitioner has an absolute right to such a dismissal. *See* FED. R. CIV. P. 41(a).

Accordingly, the Clerk is directed to construe Plaintiff's alternative request as a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a), and to dismiss the action without prejudice.

IT IS SO ORDERED.

cc:   parties of record

                                                                              :
                                                        Initials of Preparer       igb